UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 3:01 CR 56 (EBB) |
| KEITH E. ROBERTSON : | NOVEMBER 17, 2004 |

### DEFENDANT'S MOTION TO RE-SET SENTENCING DATE

The defendant, Keith E. Robertson, by the undersigned counsel, herein requests that the sentencing date be re-set for mid-December 2004. In support for this motion, the undersigned represents as follows:

1.  On May 4, 2001, the District Court, Dominic J. Squatrito, U.S. District Judge, granted the Government's Motion to Continue the defendant Keith Robertson's sentencing date to an indefinite time in the future, pending completion of the defendant's cooperation with the Government.

2.  The defendant Keith Robertson had entered into Plea and Cooperation Agreements with the Government.

3.  As part of his cooperation, Mr. Robertson testified as a Government witness in United States v. Benjamin F. Andrews, Case No. 3:00CR217(EBB).

4. The Government and the Defendant are in the process of completing the remaining aspects of the Cooperation Agreement, in particular, satisfaction of IRS obligations related to the Information to which Mr. Robertson pled guilty. That matter should be resolved shortly. Additionally, the Government is in the process of taking the steps necessary to file a U.S. Sentencing Guidelines 5K1.0 Substantial Assistance Motion. That process should also be completed shortly.

5. Therefore, the defendant is requesting that his sentencing be re-set for mid-December 2004.

6. The Government has been consulted and does not object to the granting of the instant motion to re-set sentencing.

7. The defendant has been substantially compliant with the terms and conditions of his release.

8. The defendant has not filed any previous requests for continuing or re-setting his sentencing.

9. The defendant has executed a Speedy Disposition Waiver, which is attached hereto.

**WHEREFORE**, the defendant requests that his sentencing be re-set for mid-December 2004 and that counsel for the defendant and the Government be granted a corresponding continuance in the deadline for filing sentencing memoranda pursuant to D. Conn. L. Crim. R. 10 (d).

                                            Respectfully Submitted,
                                            Defendant Keith Robertson

By: _____
                                            Alan J. Sobol
                                            Fed. Bar No. ct00955
                                            **O'CONNELL, FLAHERTY**
                                              **& ATTMORE, LLC**
                                            280 Trumbull Street, 23rd Floor
                                            Hartford, CT 06103-3598
                                            Tel. No.: (860) 548-1300
                                            Fax No.: (860) 548-0023

# ORDER

The Defendant's Motion to Re-Set Sentencing Date is hereby

**GRANTED / DENIED**

                                                                                             _____
The Honorable Ellen Bree Burns
Senior United States District Judge


Date: _____

Case 3:01-cr-00056-EBB    Document 19    Filed 11/18/2004    Page 4 of 5

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Motion to Re-Set Sentencing Date was served on the following parties and counsel of record this 17th day of November 2004:

Nora Dannehy, AUSA
Federal Building and U.S. Courthouse
450 Main Street
Hartford, CT 06103

Kattya Lopez,
United States Probation Officer
United States Probation Office
450 Main Street
Hartford, CT 06103

_____
Alan J. Sobol