**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA :
                                                    :
v.                                                   :     CRIMINAL NO. 3:01 CR 56 (EBB)
                                                    :
KEITH E. ROBERTSON              :     NOVEMBER 17, 2004

## SPEEDY DISPOSITION WAIVER

The defendant, Keith E. Robertson, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(h)(8)(A). In support of this waiver, the defendant represents as follows:

(1)   He is represented by counsel and has consulted with his attorney regarding this waiver;

(2)   He understands that by signing this document he will be giving up those rights accorded him under the Speedy Trial Act; and

(3)   He requests that the Court find that the requested re-setting of his sentencing date is in the interests of justice and is in the best interests of the defendant. He further requests that the Court find that the proposed re-setting outweighs the interests of the defendant and the public in a speedy trial. He

respectfully asks the Court to exclude the time from May 10, 2001 through December 31, 2004 from the Speedy Trial computation.

_____          _____
Keith E. Robertson                                  Date

_____          _____
Alan J. Sobol                                          Date

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the attached filing was served on each of the following counsel of record by U.S. mail this \_\_\_day of November, 2004 to the following:

> Nora Dannehy, AUSA
> Federal Building and U.S. Courthouse
> 450 Main Street
> Hartford, CT 06103

_____
Alan J. Sobol