UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

USA

V.                                Case Number:  3:01cr56(EBB)

Keith Robertson

**ORDER re: Doc. #20**

It is appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the court finds that the period of delay from May 10, 2001 to December 31, 2004 is hereby excluded pursuant to Title 18, USC, Section 3161(h)(8).

Dated at New Haven, Connecticut, November 22, 2004.


                        SO ORDERED

                        _____
                        ELLEN BREE BURNS, SENIOR U.S.D.J.