19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 3:01CR 56 (EBB) |
| KEITH E. ROBERTSON : | NOVEMBER 17, 2004 |

## DEFENDANT'S MOTION TO RE-SET SENTENCING DATE

The defendant, Keith E. Robertson, by the undersigned counsel, herein requests that the sentencing date be re-set for mid-December 2004. In support for this motion, the undersigned represents as follows:

1. On May 4, 2001, the District Court, Dominic J. Squatrito, U.S. District Judge, granted the Government's Motion to Continue the defendant Keith Robertson's sentencing date to an indefinite time in the future, pending completion of the defendant's cooperation with the Government.

2. The defendant Keith Robertson had entered into Plea and Cooperation Agreements with the Government.

3. As part of his cooperation, Mr. Robertson testified as a Government witness in <u>United States v. Benjamin F. Andrews</u>, Case No. 3:00CR217(EBB).